## THE ECLIPSE.

### ANDERSON et al. v. MARTIAL et al.

(Circuit Court of Appeals, Ninth Circuit. July 17, 1893.)

#### No. 100.

Appeal from the District Court of the United States for the Northern District of California.

In Admiralty. Libel by Thomas Martial and others against the ship Eclipse (Andrew Anderson and others, claimants) for balance of seamen's wages. Decree for libelants. 53 Fed. 273. Claimants appeal. Affirmed.

S. Bloom, for appellants.

H. W. Hutton, for appellees.

Before McKENNA and GILBERT, Circuit Judges, and HAWLEY, District Judge.

McKENNA, Circuit Judge. The facts of this case are fully and clearly stated in the opinion of the learned judge of the lower court, (reported in 53 Fed. 273). In his reasoning and conclusions we concur, and therefore adopt his opinion as the opinion of this court.

The decree of the district court is affirmed.